May 2, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

**JAMES & ELIZABETH CARLSON, JOSE & ELIZABETH REFERENTE, ROGER CAMPODONICO, SERGIO A. LOPEZ, YAN WANG, HUI YAO, DANIEL & ANDREA SELUK, ROBERT HUTCHINS, ROBERT & KELLY FARFAN, BONNIE CORBETT, HELEN PAGOLA, & MANNY ESPINOLA,** Appellants

NO. 14-12-00099-CV                    V.

**CITY OF HOUSTON,** Appellee

_____

This cause, an appeal from the judgment in favor of appellee, City of Houston, signed January 13, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, City of Houston.

We further order this decision certified below for observance.